UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ATLAS SHIPPING A/S,

      Plaintiff,

 - against -

SILVERSTONE S.A.,

      Defendant.
------------------------------------------------------------X

08 CV 0152

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

 Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

      NONE.

Dated: January 8, 2007
   New York, NY

      The Plaintiff,
      ATLAS SHIPPING A/S.

      By: _/s/ Nancy_____
      Patrick F. Lennon
      Nancy R. Peterson
      Coleen A. McEvoy
      LENNON, MURPHY & LENNON, LLC
      The Gray Bar Building
      420 Lexington Avenue, Suite 300
      New York, NY 10170
      (212) 490-6050 - phone
      (212) 490-6070 - fax
      pfl@lenmur.com
      nrs@lenmur.com
      cam@lenmur.com