USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

Berman, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLAS SHIPPING A/S,

                Plaintiff,

   - against -

SILVERSTONE S.A.

                Defendant.
------------------------------------------------------------X

08 CV 0152 (RMB)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee bank, BNP Paribas, is directed to immediately release Defendant's funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amount of $166,225.36 to the Defendant Silverstone S.A.

Furthermore, garnishee bank Citibank is directed to immediately release Defendant's funds which it restrained pursuant to the Ex Parte Order issued in the instant action in the approximate amount of $32,311.04 to the Defendant Silverstone S.A.

**THE CLERK TO CLOSE THIS CASE.**

Dated: January 25, 2008
       Southport, CT

                                        The Plaintiff,
                                        ATLAS SHIPPING A/S

                                        By_____
                                        Nancy R. Peterson (NP 2871)
                                        LENNON, MURPHY & LENNON, LLC
                                        420 Lexington Ave., Suite 300
**So ORDERED**                      New York, NY 10170
*Richard M. Berman*            Phone (212) 490-6050
                                        Fax (212) 490-6070
RICHARD M. BERMAN       nrp@lenmur.com
1/25/08